RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 6 2015

Texarkana, Texas
Debra Autrey, Clerk

APPEAL NO. _____ 06-14-00184-CR

FILED IN
The Court of Appeals
Sixth District

MAY 0 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

| | | |
|---|---|---|
| BENNIE JOHNSON, JR., | § | Appellant, |
| V. | § | |
| THE STATE OF TEXAS, | § | Appellee. |

Appeal from trial cause number 12F0821-102 from the District Court of Bowie County, Texas, 102nd District Judicial Court.

## OMNIBUS MOTION TO SUSPEND NUMBER OF COPIES PURSUANT TO RULES 2 AND 9.3 OF THE TEX. R. APP. P. AND TO REVIEW APPELLATE RECORD PRO SE.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Bennie Johnson, Jr., Appellant-pro se, and respectfully moves this Court to suspend number of copies, and to review the appellate record in the above style and cause number. In support of, Appellant ("Johnson") would show the following:

## I.

On October 16, 2014, the jury found Johnson guilty of Aggravated Sexual Assault - Texas Penal Code § 22.021. The jury assessed punishment at Life imprisonment in the Texas Department of Criminal Justice - Institutional Division.

## II.

Johnson received notice by mail that his appellate attorney, Mr. Derric S. McFarland, filed an <u>Anders</u> brief on his behalf with motion to withdraw as counsel, and that Johnson has a right to file pro se brief, or response, to the <u>Anders</u> brief. This notice was received on April 22, 2015.

## III.

The court of appeals has authority to suspend the number of copies on a party's motion or on it's own initiative — to expedite a decision or for other good cause — rule's operation in a particular case and order a different procedure. . . . Tex. R. App. P. 2 and 9.3. Johnson is a prisoner at the Stiles Unit in T.D.C.J.-ID; Texas prisoners do not have access to copy machines.

## IV.

If the appellate attorney files a brief stating that there are no meritorious (or valid) grounds for appeal, then the appellant has the right to review the appellate record and file a brief "pro se." This right is outlined in <u>Anders v. California</u>,

386 U.S. 738, 87 S.Ct. 1396 (1967). Because Johnson needs to review the appellate record in order to file an effective _pro se_ brief he respectfully request the opportunity to review the record. <u>Von Moltke v. Gillies</u>, 332 U.S. 708, 725, 68 S.Ct. 316, 324 (1948)(plurality opinion)(citation omitted). <u>In re Schulman</u>, 252 S.W.3d 403 (Tex. Crim. App. 2008).

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Johnson prays that this Court grant this motion to allow him to file an original and one copy for filing in these proceedings, and to view a loaner copy of the appellate record sent here to the Stiles Unit as addressed below.

Respectfully submitted,

Patrick D. Moreno
TDCJ No. 1752336
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705
Layman For Movant

Bennie Johnson, Jr., Movant-ProSe
TDCJ No. 1970053
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2015, a true and correct copy of Johnson's omnibus motion for suspension of number of copies and to obtain appellate record was mailed to State's Attorney, Ms. Kelley Crisp, by U.S. First Class mail to Bowie County District Attorney, 601 Main Street, Texarkana, Texas 75501.

_Bennie Johnson Jr._
Bennie Johnson, Jr.
TDCJ No. 1970053
Movant - Pro Se

## UNSWORN DECLARATION

I, Bennie Johnson, Jr., TDCJ No. 1970053, being presently incarcerated in the Mark W. Stiles Unit of the Texas Department of Criminal Justice - ID in Jefferson County, Texas, verify and declare under penalty of perjury, persuant to Federal Law (28 U.S.C. § 1746) and State Law (V.T.C.A. Civil Practice and Remedies Code §132.001 - §132.003), that the foregoing statements are true and correct. Executed on this the 4th day of May, 2015.

_Bennie Johnson Jr._
Bennie Johnson, Jr.
TDCJ No. 1970053
Movant - Pro Se

-4-